IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-01941-OES

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 6 - 2005

GREGORY C. LANGHAM
CLERK

KRISTOFER YANEZ #1451167,

    Plaintiff,

v.

MAYOR HICKENLOOPER, City and County of Denver,
GOVERNOR BILL OWENS,
DIRECTOR AND UNDER SHERRIFF [sic] FRED A. ORTIA,
JOHN DOE 1-100,
BETH LINDROOS, H.S.A.,
DR. PETE CRUMNO,
DR. HIRSH,
DR. HIGGINS,
MAJOR WILSON,
NURSE DORA,
NURSE SUSAN,
NURSE JOE,
NURSE JACK,
NURSE YVONNE,
NURSE ISABELLA AND COMPLETE MEDICAL STAFF,
JOHN DOE AND JANE DOE 1-100.
SHERRIFF [sic] STRONY,
SGT. BROWN,
SHERRIFF [sic] ORTIZ,
SHERRIFF [sic] PEREZ,
SHERRIFF [sic] MASSEY,
SHERRIFF [sic] LOPEZ,
LAW UBARRY [sic],
FRANKIE JOHNSON,
KITCHEN STAFF,
SGT. CLARK MARTIN,
SHERRIFF [sic] HAMMOND,
DEPUTY MCKALE,
SHERRIFF [sic] WHATLY,
NURSE KATHERINE,
SHERRIFF [sic] JORDAN,

CAPTIAN [sic] MCCALL,
DEPUTY MCKALE,
SHERRIFF [sic] VOGAL,
CAPTAIN SCOTT,
NURSE MITCHLE, and
SHERRIF [sic] GARCIA,

        Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The *in forma pauperis* motion was submitted to the court in an envelope that also contained individual *in forma pauperis* motions from a number of other inmates at the Denver County Jail. The court has determined that the documents is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   xx   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __   is missing required financial information
(5)   __   is missing an original signature by the prisoner
(6)   __   is not on proper form (must use the court's current form)
(7)   __   names in caption do not match names in caption of complaint, petition or habeas application
(8)   __   An original and a copy have not been received by the court. Only an original has been received.
(9)   __   other _____

**Complaint, Petition or Application:**
- (10) xx  is not submitted
- (11) __  is not on proper form (must use the court's current form)
- (12) __  is missing an original signature by the prisoner
- (13) __  is missing page nos. ___
- (14) __  uses et al. instead of listing all parties in caption
- (15) __  An original and a copy have not been received by the court. Only an original has been received.
- (16) __  Sufficient copies to serve each defendant/respondent have not been received by the court.
- (17) __  names in caption do not match names in text
- (18) __  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __6__ day of __October__, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05 - CV - 01941 - OES

Kristofer Yanez
Prisoner No. 1451167
DCJ
P.O. Box 1108
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 10 · 6 · 05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk